No: 02-13-00463-CR

Julio Ortiz Chavarria                    §          In The Court Of

vs                                       §          Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

The State of Texas                       §          Of Texas, Austin

MAY 08 2015

Abel Acosta, Clerk

#### Pro Se Motion Requesting Leave To File
#### An Original Copy Only Of The
#### Petition For Discretionary Review

To The Honorable Court Of Crtiminal Appeals Of Texas:

Comes now the Appellant/Petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and in support thereof would show to the court the following:

1. The style and appeal number in the Second District Court of Appeals are: Julio Ortiz Chavarria vs The State of Texas;Appeal No.02-13-00463-CR.

2. The Appellant/Petitioner moves that pursuant to Rule 2.of the Texas Rules of Appelate Procedure this Court Suspend Rule 9.3(b)of the Texas Rules of Appellant Procedure that requires the filing of 11 copies of the Petition For Discretionary Review with the Court.

3. The Facts relied upon to show good cause for these requests are as follows: The Appellant is indigent and incarcerated and does not have access to a photo copier. The Appellant is presently not represented by counsel and intends to file Pro SE Petition for Discretionary Review.

4. Appellant has included with this document and so filed with this Honorable Court a Declaration of his inability to pay costs.

FILED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

## PRAYER

Wherefore, Premeises Considered, the Appellant/Petitioner respectfully requests that this Honorable Court Grant Leave to file an Original copy only of Petition for Discretionary Review with the Court.

Respectfully Submitted,

Julio Ortiz Chavarria    5/5/15
# 01883651
W.G.McConnell Unit
3001 S.Emily Dr.
Beeville,Tx.78102

c

## Certificate of Servise

This is to certify that a true and correct copy of the aforegoing motions and related documents has been sent to the Office of the State Prosecuting Attorney,P.O.Box 12405,Capitol station,Austin,Texas 78711,by being placed in the WG McConnell Unit Mailbox and sent by US Mail. Executed this 05 deay of May ,2015.

Julio Ortiz Chavarria    5/5/15

2.

# DECLARATION OF INABILITY TO PAY COSTS

The following declaration is made pursuant to section 132.001 of the Civil Practices and Remedies Code.

Now Respectfully comes <u>Julio Ortiz Chavarria</u>,TDCJ-ID#<u>01883651</u> and declares that he is unable to pay the court costs in this civil action and requires the leave of the Court to proceed in Forma Pauperis in the accompanying action and would show the Court the following:

1. I am presently incarcerated in the McConnell Unit of the texas Department of Criminal Justice. I am Not permitted to earn or handle money.

2. I have no source of income or spousal income.

3. I Currently have $ <u>0.38</u> credited to me in the inmate trust fund

4. During my incarceration in the T.D.C.J. I have recieved approximately $<u>0-150.00</u> per month as gifts from relatives and friends.

5. I neither own nor have any interest in any realty,stocks,bonds,or bank accounts and I recieve no interest or dividends income from any source.

6. I have <u>2</u> dependents.

7. I have total debts of approximately $ <u>38,000</u>

8. I owe $ <u>0</u> as restitution.

9. My monthly expenses are of $ <u>Are at the State of Texas expense.</u>

I, <u>Julio Ortiz Chavarria</u> T.D.C.J.# <u>01883651</u> being presently incarcerated in the W.G.McConnell Unit of the Texas Department of Criminal Justice located in Bee County Texas. Verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this the <u>05</u> day of <u>May</u> 2015

Julio Ortiz Chavarria
5/5/15
# 01883651